**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:   Erolida M. Garcia Vasquez                    Case No.  19-10751- BKC-SMG
                                                                                     Chapter 13

_____Debtor_____/

**DEBTOR'S MOTION FOR APPROVAL TO USE INSURANCE PROCEEDS TOWARDS REPAIRS OF HOMESTEAD PROPERTY**

Debtor, Erolida M. Garcia Vasquez, by and through undersigned counsel, hereby moves the Court to allow Debtor to use insurance proceeds towards repairs of her homestead real property and as grounds states the following:

1. Debtor's homestead property located at 6060 S. Falls Circle Drive #324, Lauderhill, FL 33319 (referred herein as "the real property") suffered substantial water damage to the kitchen and bathroom caused by faulty plumbing on April 13th, 2020 and April 17th, 2020 respectively.

2. The real property is encumbered by a mortgage in the amount of $77,628.00 held by Ocean Bank.

3. Debtor had homeowner's insurance coverage during the time of the events through Universal Property and Casualty Insurance Co. (referred hereinafter as "Universal").

4. Debtor has agreed to settle the claims with Universal for the sum of $17,000.00. Copies of the two settlement checks made out to Debtor and Ocean Bank are attached herein and referenced hereto as Composite Exhibit "A".

1

5. The funds payable to Debtor will be applied solely to remediate the water damage and make repairs to the kitchen and bathroom. A copy of the estimate for the construction labor and materials is attached herein and referenced hereto as Composite Exhibit "B".

6. Debtor hereby requests the retention of the settlement proceeds in order to pay for the expenses relating to the damages and restoration of the homestead real property.

7. Debtor requires the endorsement by Ocean Bank of both settlement checks in order to be able to negotiate them.

WHEREFORE, the Debtor respectfully prays to the Court:

A. Issuance of an Order Approving the Settlement of Debtor's homeowner's insurance claim;

B. Direct Ocean Bank to endorse both settlement checks;

C. Allow Debtor to retain the full amount of the settlement proceeds to make the necessary repairs;

D. Hold a hearing on this matter;

E. Grant the debtor any further relief as the Court may deem just and proper.

DATED this 2nd day of November 2020.

        Respectfully submitted,

        Bankruptcy Law Firm of Clare Casas P.A.
        Attorneys for Debtor
        7450 Griffin Road, Suite 260
        Davie, Florida  33314
        Telephone: (954) 327-5700
        Facsimile: (954) 727-9976
        E-mail: clarecasas@ombankruptcy.com

        BY   /s/ Clare Casas
           Clare Casas (FBN 0663239)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A). I further certify that I have conferred with opposing counsel in an attempt to resolve these issues without a hearing.