| | | | |
|---|---|---|---|
| Insured: | EROLIDA M GARCIA-VASQUEZ | Draft #: | |
| Policy #: | -5284 | | |
| Claim #: | FL20-0112484 | | |

Mailing address:

EROLIDA GARCIA-VASQUEZ
OCEAN BANK
7951 SW 40TH ST SUITE 210
Miami, FL 33155

| | | | |
|---|---|---|---|
| Loss Date: | 4/13/2020 | Draft #: | 5776785 |
| Loss Type: | Other (Claim) | Date: | 10/14/2020 |
| Cov. A payment: | $10,000.00 | | |

Attached is your payment corresponding to the coverage mentioned above. The draft is valid for 60 days from the original date of issue. To avoid any delays, the draft must be properly endorsed by the payee or by each of the payees separately if drawn to more than one person or firm.

Please contact your mortgage company regarding their procedures on endorsing loss drafts.

In accordance with policy conditions: "If a mortgagee is named in this policy, any loss payable under Coverage A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages."

---

ORIGINAL CHECK HAS MULTIPLE SECURITY FEATURES. PRINTED ON CHEMICAL REACTIVE TONER FUSE PAPER-SEE BACK FOR DETAILS



**EVOLUTION RISK ADVISORS**
CLAIMS ACCOUNT

| POLICY NO. | CLAIM NO. | DRAFT DATE | DRAFT NO. |
|---|---|---|---|
| ?-5284 | FL20-0112484 | October 14, 2020 | 5776785 |

NOT VALID AFTER 60 DAYS FROM DATE OF ISSUE

64-975 / 612

Wells Fargo Bank N.A.

**DRAFT AMOUNT**
**********$10,000.00

PAYABLE THRU DRAFT   TEN THOUSAND AND 00/100 DOLLARS

EROLIDA GARCIA-VASQUEZ AND
OCEAN BANK



AUTHORIZED SIGNATURE

⑈5776785⑈  ⑆061209756⑊    9937⑈

**Evolution Risk Advisors**

| | |
|---|---|
| Insured: | EROLIDA M GARCIA-VASQUEZ |
| Policy #: | 1-5284 |
| Claim #: | FL20-0112485 |

Mailing address:

EROLIDA GARCIA-VASQUEZ
OCEAN BANK
7951 SW 40TH ST SUITE 210
Miami, FL 33155

| | | | | |
|---|---|---|---|---|
| Loss Date: | 4/17/2020 | | Draft #: | 5776779 |
| Loss Type: | Other (Claim) | | Date: | 10/14/2020 |
| Cov. A payment: | $7,000.00 | | | |

Attached is your payment corresponding to the coverage mentioned above. The draft is valid for 60 days from the original date of issue. To avoid any delays, the draft must be properly endorsed by the payee or by each of the payees separately if drawn to more than one person or firm.

Please contact your mortgage company regarding their procedures on endorsing loss drafts.

In accordance with policy conditions: "If a mortgagee is named in this policy, any loss payable under Coverage A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages."

---

ORIGINAL CHECK HAS MULTIPLE SECURITY FEATURES. PRINTED ON CHEMICAL REACTIVE TONER FUSE PAPER-SEE BACK FOR DETAILS

**EVOLUTION RISK ADVISORS**
CLAIMS ACCOUNT

| POLICY NO. | CLAIM NO. | DRAFT DATE | DRAFT NO. |
|---|---|---|---|
| -5284 | FL20-0112485 | October 14, 2020 | 5776779 |

NOT VALID AFTER 60 DAYS FROM DATE OF ISSUE

64-975 / 612

Wells Fargo Bank N.A.

**DRAFT AMOUNT**
**********$7,000.00

PAYABLE HRU DRAFT   SEVEN THOUSAND AND 00/100 DOLLARS



EROLIDA GARCIA-VASQUEZ AND
OCEAN BANK



AUTHORIZED SIGNATURE

⑈5776779⑈ ⑆061209756⑆         9937⑈