

# Nk ULTIMATE CONSTRUCTION CORP

|  |  | **Factura** |
|---|---|---|
| Factura n.°: | 142 | |
| Fecha: | 20/09/2020 | |
| Plazo de pago: | 30 días | 1544 Arthur St #4 |
| Vencimiento: | 20/10/2020 | Hollywood, FL, |
| Para: | EROLIDA MARGARITA GARCIA | 33020 |
|  | margaritagarcia2855@gmail.com | 9544790859 |
|  | 6060 S. FALLS CIRCLE DR APT 324 LAUDERHILL FLA 33319 | 9544790859 |

Enviar a:   6060 S. FALLS CIRCLE DR APT 324 LAUDERHILL FLA 33319

N.° de seguimiento
Modo de envío
Franco a bordo

| Descripción | Cantidad | Tarifa | Importe |
|---|---|---|---|
| WORK DONE IN THE KITCHEN" REMOVE DAMAGED BASE CABINETS, REMOVE COUNTERTOP, REMOVE BACKSPLASH,REPLACE DISPOSED GARBAGE,SERVICE ELECTRICITY,PLUMBING SERVICE,CONSTRUCTION AND INSTALLATION OF BASE KITCHEN CABINETS,COUNTERTOP INSTALLATION,SINK INSTALLATION,PLUMBING E AND ELECTRICITY REINSTALLATION,BACKSPLASH INSTALLATION. | 1 | $10,250.00 | $10,250.00* |
| WORK DONE IN BATHROOM"COMPLETE DEMOLITION,REPAIR OF DAMAGED PLUMBING,REPAIR IN SILING APT 224,CONSTRUCTION OF NEW WALLS IN DURROKSHOWER CONSTRUCTION,INSTALLATION OF PORCELAIN ON WALLS AND SHOWER,ELECTRIC SERVICE,PLASTER AND PAINT FINISHES. | 1 | $7,100.00 | $7,100.00* |
|  |  | Subtotal de productos | $17,350.00 |

*Indica un concepto exento de impuestos

| | |
|---|---|
| Subtotal | $17,350.00 |
| Envío | $0.00 |
| Total | $17,350.00 |
| PAGADA | $0.00 |

**Total a pagar**     **$17,350.00**